**Order entered August 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00083-CV

## IN THE INTEREST OF D.A., T.A., Y.A., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-10975**

### ORDER

By letter filed August 18, 2021, court reporter Cassandra Anderson informs the Court that appellant has not requested preparation of the reporter's record. Having previously cautioned appellant that the appeal might be submitted without the reporter's record if the Court was notified the record had not been requested, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). We further **ORDER** appellant to file his brief no later than September 22, 2021.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE